**W. M. STEPHENSON et al. v. A. F. GLASS et al., Applicants.　(No. 14419.)**

(Supreme Court of Texas.　Jan. 20, 1926.)

On Application for Writ of Error to Court of Civil Appeals of Fourth Supreme Judicial District.

Douglas & Carter, of San Antonio, for applicants.

PER CURIAM.　While disapproving so much of the opinion of the honorable Court of Civil Appeals (276 S. W. 1110) as holds that the conveyance of the 20 acres passed an undivided interest in the royalty on the entire 884 acres of land, and as holds that there is any conflict between the cited cases decided by the Commission of Appeals, we refuse this petition for writ of error because proper effect was given to the repudiation of the lessees' obligations under the original lease.　The modified lease did not bind any interest of the purchaser of the 20 acres.　The lessees could not repudiate or abandon their obligations under the lease of the 884 acres, and retain any rights in and to the 20 acres.